United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41007
Conference Calendar

_____

TOMMY ALEXANDER, SR.,

                                        Petitioner-Appellant,

versus

R.D. MILES, Warden,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:04-CV-296-MAC-ESH
--------------------

Before BARKSDALE, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Tommy Alexander, Sr., federal prisoner # 07193-035, appeals
the district court's dismissal of his 28 U.S.C. § 2241 petition
challenging his 1990 convictions on multiple drug and firearm
counts that resulted in a sentence that includes concurrent terms
of life imprisonment.  He argues that he is entitled to proceed
pursuant to 28 U.S.C. § 2241 because the 28 U.S.C. § 2255 remedy
is inadequate or ineffective.  He also argues the merits of
several claims for relief.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Alexander has not met his burden of showing that he meets the requirements for filing a 28 U.S.C. § 2241 petition under the savings clause of 28 U.S.C. § 2255.  He has neither pointed to a retroactively applicable Supreme Court decision which establishes that he may have been imprisoned for conduct that was not prohibited by law nor shown that his claims were foreclosed by circuit law at the time of his conviction, appeal, or first 28 U.S.C. § 2255 motion.  See Reyes-Requena v. United States, 243 F.3d 893, 903-04 (5th Cir. 2001).

AFFIRMED.